IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-51166
_____


JENNIFER G, by next friend
Thomas M; TEXAS DEPARTMENT OF
PROTECTIVE & REGULATORY SERVICES,

Plaintiffs-Appellants,

versus

EL PASO INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas, El Paso
USDC No. EP-98-CV-353-F
_____

March 8, 2001

Before FARRIS,* JOLLY, and DAVIS, Circuit Judges.

PER CURIAM:**

    The judgment of the district court is AFFIRMED.  See 5th Cir.

R. 47.6.

_____

    *Circuit Judge of the Ninth Circuit, sitting by designation.

    **Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.